1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN FRANCISCO DIVISION

10

| | |
|---|---|
| JASMINDA WEBB, on behalf of herself and all others similarly situated, | No. C 13-00737 RS |
| | **CASE MANAGEMENT SCHEDULING ORDER** |
| Plaintiff, | |
| v. | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | |
| Defendants. | |
| _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

Case Management Conference on June 20, 2013. After considering the Joint Case Management

Statement submitted by the parties and consulting with the attorneys of record for the parties and

good cause appearing, IT IS HEREBY ORDERED THAT:

1.        DISCOVERY. Discovery shall be limited as follows: (a) ten (10) non-expert

depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

subparts; (c) a reasonable number of requests for production of documents or for inspection per

party; and (d) a reasonable number of requests for admission per party.

For the Northern District of California

2.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

3.    CLASS CERTIFICATION.  A Hearing on Class Certification shall held on **February 27, 2014 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  A further Case Management Conference will be scheduled following this Hearing to set the remaining dates in this case.

IT IS SO ORDERED.

DATED:   6/20/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2