IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMINDA WEBB, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC,<br><br>    Defendant.<br>_____/ | No. 13-0737 RS<br><br>**ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING** |

In this putative class action, defendant Healthcare Revenue Recovery Group, LLC objects to a nondispositive pretrial order of the magistrate judge entered on December 3, 2013. Although defendant's objection purports to set a hearing date, Civil Local Rule 72-2 provides that no hearing will take place unless ordered by the court. Accordingly, the hearing set for January 23, 2014 is hereby VACATED.

Plaintiff shall file any opposition no later than January 9, 2014. Because defendant's objection far exceeds the five-page limit set forth in the local rule, plaintiff's opposition may be no longer than fifteen pages, excluding indices, declarations, and exhibits. Unless otherwise ordered, the matter shall then be submitted for decision without further briefing or oral argument.

Defendant shall ensure that all future filings comply with the Civil Local Rules.

IT IS SO ORDERED.

Dated: 12/19/13

                                         RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE