# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINDA WEBB, on behalf of herself and all others similarly situated, | Case No. 3:13-cv-00737-RS |
| Plaintiff, | ORDER [AS MODIFIED BY THE COURT] |
| vs. | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Stipulation to Continue Plaintiff's Deadline to File Motion for Class Certification is hereby granted.  The Motion hearing date is hereby moved from March 6, 2014, at 1:30 p.m. to June 12, 2014, at 1:30 p.m.

Date:  12/30/13

_____
The Honorable Richard Seeborg