**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Jasminda Webb

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINDA WEBB, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC**,**<br><br>　　　　　Defendant,<br>　　　vs.<br><br>ARIAS VARISTE,<br><br>　　　　　Third Party Defendant. | **Case No.:** 3:13-CV-00737-JD<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE CLASS CERTIFICATION HEARING** |

Plaintiff Jasminda Webb ("Plaintiff") moves the Court ex parte pursuant to Civil Local Rule 7-11 to continue the hearing regarding Plaintiff's motion for class certification from July 23, 2014, to on or after August 6, 2014, and as grounds in support thereof offers as follows:

1. Whereas, the hearing for Plaintiff's motion for class certification was set by the Court for July 23, 2014, by order on May 27, 2014 (Dkt. No. 44), after the parties requested a briefing schedule on May 21, 2014 (Dk. No. 40);

2. Whereas, Defendant filed a brief in opposition to the motion for class certification on June 5, 2014 (Dkt. No. 48) and Plaintiff filed a reply brief on June 16, 2014 (Dkt. N0. 50);

3. Whereas, the parties are scheduled to attend private mediation on July 28, 2014, in Sacramento, California (*see* Dkt. Nos. 56 and 59);

4. Whereas, Plaintiff believes that continuing the class certification hearing until after the parties conduct the private mediation will serve the interests of judicial economy and help foster realistic settlement discussions between the parties, which may result in settlement of this action at the mediation, which mediation is only five days after the scheduled class certification hearing; and,

5. Whereas, counsel for Defendant, Andrew Steinheimer, indicated by email on July 17, 2014, that Defendant would not likely oppose a request to continue the hearing date;

6. Therefore, Plaintiff respectfully requests the Court continue the hearing regarding Plaintiff's motion for class certification to on or after August 6, 2014.

///

///

///

In sum, Plaintiff respectfully requests the Court continue the hearing regarding Plaintiff's motion for class certification to on or after August 6, 2014.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 17, 2014 | **KAZEROUNI LAW GROUP, APC** |
|  | BY: /S/ ABBAS KAZEROUNIAN<br>       ABBAS KAZEROUNIAN, ESQ.<br>       ATTORNEYS FOR PLAINTIFF |